## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of | United States District Court |

Index Number: 1:23-CV-01656-ER
Date Filed: 3/29/2023

Plaintiff:
**Natascha Lindemann**

vs.

Defendant:
**Laura Mercier US Holdco, Inc.**

For:
The Law Office of David C. Deal, PLC
P.O. Box 625
Charlottesville, VA 22902

Received by Nicoletti & Harris to be served on **Laura Mercier Us Holdco, Inc., Attn: Ct Corporation System, 28 Liberty Street, New York, NY 10005**.

I, Alex Colon, being duly sworn, depose and say that on the **20th day of April, 2023** at **2:06 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action with Complaint for Copyright Infringement and Exhibits** with the date and hour of service endorsed thereon by me, to: **Ingrid Lopez** as **Intake Specialist** for **Laura Mercier Us Holdco, Inc.**, at the address of: **CT Corporation System, 28 Liberty Street, New York, NY 10005**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Hispanic, Height: 5'6", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF     New York)
COUNTY OF    New York  )

Subscribed and Sworn to before me on the 20th day of April, 2023 by the affiant who is personally known to me.

Ana E. Sanchez
Notary Public State of New York
Bronx County
Lic No. 01SA5067260
Commission Expires: October 15, 2026

Alex Colon
2104765

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023006178

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n